

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. AP-76,239

---

### EX PARTE JOSE VASQUEZ GONZALES, Applicant

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 01-10-19,107-D IN THE 377TH DISTRICT COURT
### FROM VICTORIA COUNTY

---

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Gonzales v. State*, No. AP-13-03-00674 (Tex. App.— Corpus Christi, 2005, no pet.) (not designated for publication).

Applicant contends that appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed and that he had a right to

petition for discretionary review, *pro se*.

Based on the State's answer and our independent review of the record, we find that appellate counsel failed to timely notify Applicant that his conviction had been affirmed and that he had a right to file a petition for discretionary review, *pro se. Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Thirteenth Court of Appeals in Cause No. 13-03-00674-CR that affirmed his conviction in Case No. 01-10-19,107-D from the 377th Judicial District Court of Victoria County. Applicant shall file his petition for discretionary review with the Thirteenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: October 21, 2009
Do not publish